FILED

11/24/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0684

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0684

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

TORI NATHANIEL HAMLIN,

      Defendant and Appellant.

_____

O R D E R

Chad Wright, Appellate Defender, petitions for an out-of-time appeal for Tori Nathaniel Hamlin from the Order entered on August 1, 2023, by the First Judicial District Court, Lewis and Clark County, in Cause No. CDC-2021-229. The Attorney General's Office does not object to this motion.

Wright asserts that Hamlin advised his trial counsel that he wished to appeal his conviction and his trial counsel immediately submitted a referral to the Appellate Defender Division (ADD). However, the ADD did not properly enter the referral in its case management system and the matter was overlooked.

Wright argues it would be unjust to deny Hamlin the right to appeal when the untimeliness of the Notice of Appeal was caused by circumstances outside of Hamlin's control.

We grant out-of-time appeals under M. R. App. P. 4(6) when an appellant establishes the existence of "extraordinary circumstances amounting to a gross miscarriage of justice," which would exist if we were to deny the petition here.

IT IS THEREFORE ORDERED that the petition for an out-of-time appeal is GRANTED.

IT IS FURTHER ORDERED that, on or before December 8, 2023, the Appellate Defender shall prepare, file, and serve a Notice of Appeal and a Request for Transcripts, if necessary, in compliance with the Montana Rules of Appellate Procedure.

The Clerk is directed to provide copies of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 24 2023